Argued April 25, affirmed May 30, reconsideration denied July 12, 1978, petition for review denied February 13, 1979

STATE OF OREGON, *Respondent,*
*v.*
RONALD LEMCO, *Appellant.*
(No. 77-4202, CA 9681)
579 P2d 260

J. Marvin Kuhn, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Brian R. Barnes, Assistant District Attorney for Lane County, Eugene, argued the cause for respondent. With him on the brief was J. Pat Horton, District Attorney for Lane County, Eugene.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Affirmed. *State v. Dinkel,* 34 Or App 375, 579 P2d 245 (1978).